# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    TOBEY MILLICENT TAYLOR

        Debtor(s)

Case No. 16-27996

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 08/31/2016.

2)  The plan was confirmed on  NA .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was dismissed on 01/09/2017.

6)  Number of months from filing to last payment: 0.

7)  Number of months case was pending: 5.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank .

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

Total paid by or on behalf of the debtor      $530.00
Less amount refunded to debtor      $0.00

**NET RECEIPTS:**      **$530.00**

**Expenses of Administration:**

Attorney's Fees Paid Through the Plan      $0.00
Court Costs      $0.00
Trustee Expenses & Compensation      $24.38
Other      $0.00
**TOTAL EXPENSES OF ADMINISTRATION:**      **$24.38**

Attorney fees paid and disclosed by debtor:      $400.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED MEDICAL IMAGING CEN | Unsecured | 224.97 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 102.70 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 204.46 | NA | NA | 0.00 | 0.00 |
| AESTHETICA CHICAGO ASSOC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,099.45 | NA | NA | 0.00 | 0.00 |
| BENEFIT PAYMENT CONTROL DEPA | Priority | 3,125.00 | NA | NA | 0.00 | 0.00 |
| BURKE COSTANZA & CARBERRY LL | Unsecured | 87.25 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| CCI | Unsecured | 1,535.02 | NA | NA | 0.00 | 0.00 |
| CIRCUIT COURT | Priority | 224.00 | NA | NA | 0.00 | 0.00 |
| CITATIONS | Priority | 234.70 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Priority | 4,991.20 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,160.00 | 4,779.00 | 4,779.00 | 0.00 | 0.00 |
| COMCAST | Unsecured | 774.43 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE SURGICAL SPECIA | Unsecured | 157.80 | 88.21 | 88.21 | 0.00 | 0.00 |
| CONSULTANTS GASTROENTEROLOG | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 397.12 | NA | NA | 0.00 | 0.00 |
| Court collection Services | Priority | 155.35 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 39.86 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 162.93 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Priority | 7,189.43 | NA | NA | 0.00 | 0.00 |
| DIANE AND HARRISON GRIFFITH | Unsecured | 7,800.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 849.98 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HEALTHCAR | Unsecured | 3,844.90 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL SPECIALIST | Unsecured | 162.93 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 112.60 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 622.82 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 1,398.29 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 1,719.67 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FRANCISCAN ST JAMES HEALTH | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| GLENWOOD LYNWOOD LIBRARY | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 402.08 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 575.15 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| IMAGING ASSOCIATES OF INDIANA | Unsecured | 349.84 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 15,280.60 | 15,280.60 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 3,366.74 | 3,366.74 | 0.00 | 0.00 |
| LA FITNESS | Unsecured | 193.95 | NA | NA | 0.00 | 0.00 |
| LAKE SUPERIOR COURT | Priority | 119.50 | NA | NA | 0.00 | 0.00 |
| MALCOM S GERALD & ASSOC | Unsecured | 356.50 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 456.50 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Priority | 270.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | NA | 270.00 | 270.00 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 678.11 | NA | NA | 0.00 | 0.00 |
| NORTHWEST PREMIUM SERVICES | Unsecured | 44.51 | NA | NA | 0.00 | 0.00 |
| OAK LAWN IMAGING CONSULTANTS | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| OAK LAWN RADIOLOGY IMAGING | Unsecured | 10.50 | NA | NA | 0.00 | 0.00 |
| OAKBROOK ANESTHSIOLOGIST LTD | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| OAKBROOK ANESTHSIOLOGIST LTD | Unsecured | 555.30 | NA | NA | 0.00 | 0.00 |
| OFFICE OF TRAFFIC COMPLIANCE AI | Priority | 250.00 | NA | NA | 0.00 | 0.00 |
| OFFICE OF TRAFFIC COMPLIANCE AI | Priority | 70.00 | NA | NA | 0.00 | 0.00 |
| PAMELA J MCQUIRE | Priority | 156.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS INC | Unsecured | 33.56 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,252.89 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 378.56 | NA | NA | 0.00 | 0.00 |
| PLANET FITNESS | Unsecured | 60.24 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 681.76 | 681.76 | 0.00 | 0.00 |
| PROST DATA INC | Unsecured | 11.16 | NA | NA | 0.00 | 0.00 |
| RAO UPPULURI MDSC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ROSELAND COMMUNITY HOSPITAL | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| RULA RAFATI | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 12,500.00 | NA | 291.11 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 9,500.00 | 22,291.11 | 22,000.00 | 505.62 | 0.00 |
| SPECIALTY PHYSCIANS OF IL | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Priority | 11,000.00 | NA | NA | 0.00 | 0.00 |
| STATE OF ILLINOIS | Priority | 983.60 | NA | NA | 0.00 | 0.00 |
| STREETS & SANITATION | Priority | 170.00 | NA | NA | 0.00 | 0.00 |
| SUN CASH OF WI LLC | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| THE CHICAGO LIGHTHOUSE | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 402.08 | 402.08 | 402.08 | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 10.50 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 15,125.00 | 15,362.85 | 15,362.85 | 0.00 | 0.00 |
| VILLAGE OF OAKBROOK | Priority | 825.00 | NA | NA | 0.00 | 0.00 |
| WELLGROUP HEALTH PARTNERS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $22,000.00 | $505.62 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$22,000.00** | **$505.62** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $15,280.60 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$15,280.60** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$25,241.75** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $24.38 |
| Disbursements to Creditors | $505.62 |
| | |
| **TOTAL DISBURSEMENTS** : | **$530.00** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/13/2017                    By: /s/ Tom Vaughn
                                                    Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-13-FR-S (09/01/2009)**